UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.     **CV 15-932-MWF(ASx)**                                       Dated: **December 2, 2015**

Title:       Royal Printex, Inc. -v- Citi Trends, Inc., et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                    None Present

PROCEEDINGS (IN CHAMBERS):         COURT ORDER

In light of the Mediation Report filed November 25, 2015, the Court sets a hearing on Order To Show Cause Re Dismissal for **January 4, 2016 at 11:30 a.m.** If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. *All other dates are hereby vacated.*

**IT IS SO ORDERED.**

MINUTES FORM 90                                                     Initials of Deputy Clerk   cw
CIVIL - GEN